| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Walter Cannon Jr. | Social Security number or ITIN: | xxx–xx–1516 |
| | First Name    Middle Name    Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:** (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: _ _ _ _ EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: | 7    8/21/18 |
| Case number: | 18–26694–MBK | | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Walter Cannon Jr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6 Bridlewood Court<br>Tabernacle, NJ 08088 | |
| 4. | **Debtor's attorney**<br>Name and address | Carrie J. Boyle<br>Boyle & Valenti Law<br>10 Grove Street<br>Haddonfield, NJ 08033 | Contact phone 856–499–3335 |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas Orr<br>Law Office of Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016–4496 | Contact phone (609) 386–8700 |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** | 402 East State Street | Hours open: 8:30 AM – 4:00 p.m., |
| --- | --- | --- | --- |
| | | Trenton, NJ 08608 | Monday – Friday (except holidays) |
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Contact phone 609–858–9333 |
| | | | Date: 8/22/18 |

| 7. | **Meeting of creditors** | **September 21, 2018 at 01:30 PM** | Location: |
| --- | --- | --- | --- |
| | **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| | All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | | |

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| --- | --- | --- | --- |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 11/20/18** |
| --- | --- | --- | --- |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| --- | --- | --- |
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| --- | --- | --- |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court
District of New Jersey

In re:  
Walter Cannon, Jr.  
    Debtor

Case No. 18-26694-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: Aug 22, 2018  
                       Form ID: 309A   Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2018.
```
db            +Walter Cannon, Jr.,    6 Bridlewood Court,    Tabernacle, NJ 08088-9600
517712285     +AES/BOA,    Po Box 2461,    Harrisburg, PA 17105-2461
517712286     +American Heritage Fcu,    3110 Grant Ave,    Philadelphia, PA 19114-2542
517712288     +Burlington County Tax Office,    Attn: Bankruptcy,    49 Rancocas Road,    PO Box 6000,
                Mount Holly, NJ 08060-6000
517712291     +Equifax,    Attn: Bankruptcy,    P.O Box 740241,    Atlanta, GA 30374-0241
517712292     +Experian,    Attn: Bankrupty,    P.O. Box 4500,    Allen, TX 75013-1311
517712294     +McCabe, Weisberg & Conway, P.C.,    216 Haddon Avenue,    Suite 201,
                Collingswood, NJ 08108-2818
517712295     +Michelle Cannon,    200 Sooy Place Road,    Tabernacle, NJ 08088-9659
517712296    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:   New Jersey Division of Taxation,
                Compliance & Enforcement-Bankruptcy Unit,    50 Barrack Street, 9th Floor,
                Trenton, NJ 08695-0267)
517712299     +Spains, Strains & Fractures LLC,    PO Box 168,    Haddonfield, NJ 08033-0278
517712300     +TransUnion,    Attn: Bankruptcy,    P.O. Box 2000,    Chester, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: cboyle@b-vlaw.com Aug 22 2018 22:51:22      Carrie J. Boyle,    Boyle & Valenti Law,
                10 Grove Street,    Haddonfield, NJ  08033
tr            +EDI: QTJORR.COM Aug 23 2018 02:28:00      Thomas Orr,    Law Office of Thomas J. Orr,
                321 High Street,    Burlington, NJ 08016-4411
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 22 2018 22:52:16      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 22 2018 22:52:14      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517712287      E-mail/Text: bankruptcy@bbandt.com Aug 22 2018 22:51:47      Bb&T,    Attn: Bankruptcy,
                Po Box 1847,    Wilson, NC 27894
517712289     +EDI: CHASE.COM Aug 23 2018 02:28:00      Chase Card Services,    Attn: Correspondence Dept,
                Po Box 15298,    Wilmington, DE 19850-5298
517712293      EDI: IRS.COM Aug 23 2018 02:28:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
517712297     +E-mail/Text: bankruptcyteam@quickenloans.com Aug 22 2018 22:52:33      Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
517712298     +EDI: DRIV.COM Aug 23 2018 02:28:00      Santander Consumer USA,    Po Box 961245,
                Ft Worth, TX 76161-0244
517712290      EDI: USBANKARS.COM Aug 23 2018 02:28:00      Elan Financial Service,    Attn: Bankruptcy,
                Po Box 5229,    Cincinnati, OH 45201
                                                                                              TOTAL: 10
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)  
system on August 22, 2018 at the address(es) listed below:  
NONE.                                             TOTAL: 0