UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                                  Case No.:        18-26694

CANNON JR., WALTER                                        Chapter:          7

                                                                              Judge:             MBK

### NOTICE OF PROPOSED ABANDONMENT

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on November 5, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real Estate at:  6 BRIDLEWOOD COURT, TABERNACLE, NJ
> The debtor(s) purchased the property in 2008 for $560,000. The property is valued at $440,000 based upon an Appraisal.

> Liens on property:
>
> QUICKEN LOANS - $421,890
> BB&T - $45,641
> SANTANDER CONSUMER USA-$15,600

> Amount of equity claimed as exempt:
>
> NONE

Objections must be served on, and requests for additional information directed to:

Name:            /s/Thomas J. Orr, Trustee
Address:         321 High Street, Burlington, NJ 08016
Phone number:    (609)386-8700

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                               Case No. 18-26694-MBK
Walter Cannon, Jr.                                   Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Oct 02, 2018
                              Form ID: pdf905      Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2018.
```
db          +Walter Cannon, Jr.,    6 Bridlewood Court,    Tabernacle, NJ 08088-9600
517712285   +AES/BOA,    Po Box 2461,    Harrisburg, PA 17105-2461
517712286   +American Heritage Fcu,    3110 Grant Ave,    Philadelphia, PA 19114-2542
517712288   +Burlington County Tax Office,    Attn: Bankruptcy,    49 Rancocas Road,    PO Box 6000,
             Mount Holly, NJ 08060-6000
517712289   +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517712291   +Equifax,    Attn: Bankruptcy,    P.O Box 740241,    Atlanta, GA 30374-0241
517712292   +Experian,    Attn: Bankrupty,    P.O. Box 4500,    Allen, TX 75013-1311
517712294   +McCabe, Weisberg & Conway, P.C.,    216 Haddon Avenue,    Suite 201,
             Collingswood, NJ 08108-2818
517712295   +Michelle Cannon,    200 Sooy Place Road,    Tabernacle, NJ 08088-9659
517712296  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: New Jersey Division of Taxation,
              Compliance & Enforcement-Bankruptcy Unit,    50 Barrack Street, 9th Floor,
              Trenton, NJ 08695-0267)
517712298   +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
517712299   +Spains, Strains & Fractures LLC,    PO Box 168,    Haddonfield, NJ 08033-0278
517712300   +TransUnion,    Attn: Bankruptcy,    P.O. Box 2000,    Chester, PA 19016-2000
517712290  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court: Elan Financial Service,    Attn: Bankruptcy,    Po Box 5229,
              Cincinnati, OH 45201)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2018 23:38:16     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2018 23:38:12     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517712287    E-mail/Text: bankruptcy@bbandt.com Oct 02 2018 23:37:34     Bb&T,   Attn: Bankruptcy,
              Po Box 1847,    Wilson, NC 27894
517712293    E-mail/Text: cio.bncmail@irs.gov Oct 02 2018 23:37:29     Internal Revenue Service,
              PO Box 7346,    Philadelphia, PA 19101-7346
517712297   +E-mail/Text: bankruptcyteam@quickenloans.com Oct 02 2018 23:38:34     Quicken Loans,
              1050 Woodward Ave,    Detroit, MI 48226-1906
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
```
              Carrie J. Boyle    on behalf of Debtor Walter   Cannon, Jr. cboyle@b-vlaw.com,
               cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
               wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Oct 02, 2018
                              Form ID: pdf905          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
    Thomas   Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                     TOTAL: 6